IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION, § § § | |
| Plaintiff, § | CIVIL ACTION NO. 4:18-CV-02533 |
| vs. § § | JURY TRIAL REQUESTED |
| NITRO FLUIDS L.L.C., § § | |
| Defendant. § | |

## JOINT STATUS REPORT

Cameron International Corporation and Nitro Fluids LLC submit this Joint Status Report pursuant to the Court's Order staying the case after Nitro filed for bankruptcy and ordering the parties to "update the Court within five (5) days of the automatic stay being lifted." Dkt. No. 412.

Specifically, on October 9, 2024, the bankruptcy court entered a Stipulation and Order (attached hereto as Exhibit 1) lifting the automatic stay to allow this Court to resolve certain issues remaining in this case and to enter final judgment consistent with the Court's resolution of those issues, as specified in ¶¶ 1–12 (at pages 6–8) of the Stipulation and Order.

Accordingly, the parties respectfully request a status conference with the Court to discuss the next steps to resolve all remaining issues and to proceed to final judgment.

DATED: October 14, 2024

| | |
|---|---|
| */s/ John R. Keville*<br>John R. Keville<br>Texas Bar No. 00794085<br>Email:  jkeville@sheppardmullin.com<br><br>Michael C. Krill<br>Texas Bar No. 24097954<br>Email:  mkrill@sheppardmullin.com<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>700 Louisiana, Suite 2750<br>Houston, Texas 77002<br>713.431.7100 Telephone<br>713.431.7101 Facsimile<br><br><br>*Attorneys for Plaintiff*<br>**CAMERON INTERNATIONAL CORPORATION** | */s/ J. David Cabello*<br>**J. David Cabello**<br>*Attorney-in-charge*<br>Texas Bar No. 03574500<br>S.D. Texas I.D. No. 3514<br>Email: david@chzfirm.com<br><br>**James H. Hall**<br>Texas Bar No. 24041040<br>S.D. Texas I.D. No. 36,904<br>Email: james@chzfirm.com<br><br>**Stephen Zinda**<br>Texas Bar No. 24084147<br>S.D. Texas I.D. No. 1,692,382<br>stephen@chzfirm.com<br><br>CABELLO HALL ZINDA, PLLC<br>801 Travis, Suite 1610<br>Houston, Texas 77002<br>Telephone: (832) 631-9990<br>Facsimile: (832) 631-9991<br><br>*Attorneys for Defendant*<br>**NITRO FLUIDS, L.L.C.** |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above document has been served on October 14, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per the Local Rules.

                                                  */s/ John R. Keville*